IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES, | 1:06-CV-0567 AWI DLB P |
|     Plaintiff, | |
| vs. | |
| SIX UNKNOWN NAMES AGENTS, | |
|     Defendants. | ORDER TRANSFERRING CASE |

    Plaintiff, a federal prisoner proceeding pro se, has filed a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff has not paid the filing fee or submitted a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1

1   In this case, none of the defendants reside in this district. The claim arose in Waseca
2 County, which is in the District of Minnesota. Therefore, plaintiff's claim should have been
3 filed in the United States District Court for the District of Minnesota. In the interest of justice, a
4 federal court may transfer a complaint filed in the wrong district to the correct district. See 28
5 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
6   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
7 States District Court for the District of Minnesota.
8   IT IS SO ORDERED.
9   **Dated:   May 25, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE